UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MATTHEW ROBINSON,
    Petitioner

v.

JOHN ARMSTRONG,
    Respondent.

Civil No. 3:03 CV 332 (CFD)

### ORDER

On September 29, 2003, Respondent filed a Motion to Transfer Petition to the U.S. Court of Appeals [Doc. #10]. Petitioner's response was due by October 15, 2003. To date, the Court has not received a response from Petitioner. If Petitioner does not file a response within thirty days of the date of this order, Respondent's motion will be granted.

SO ORDERED this 8th day of December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE