UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW ROBINSON | : | CASE NO. 3:03CV332(CFD)(WIG) |
| v. | : | |
| JOHN ARMSTRONG | : | SEPTEMBER 24, 2003 |

### MOTION TO TRANSFER PETITION TO THE U.S. COURT OF APPEALS

NOW COMES the respondent and moves this Honorable Court to transfer the petition for writ of habeas corpus filed in this proceeding to the U.S. Court of Appeals for the Second Circuit. This petitioner previously filed a petition, which was denied on its merits, and, therefore, the instant petition constitutes a successive petition. As a result, the petition cannot be considered unless the Court of Appeals authorizes its filing. Therefore, the petition must be transferred pursuant to § 1631 to that court for its determination on that threshold, jurisdictional issue.

### I.   PROCEDURAL HISTORY

This procedural history is compiled from the following documents which are attached as appendices to this motion.

Appendix A   PACER Docket Report for the case of Robinson v. Gomez, Case No. 3:01CV1243(AVC), U.S. District Court, District of Connecticut

Appendix B   Ruling On Petitioner's Writ of Habeas Corpus filed March 28, 2003 in Robinson v. Gomez

Appendix C   Judgment filed March 28, 2003 in Robinson v. Gomez

Appendix D   State court case detail regarding the habeas corpus proceedings of Matthew Robinson v. Warden-Cheshire, Docket No. CV98-0415761-S, Superior Court in the judicial district of New Haven