UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:   MATTHEW ROBINSON                DOCKET NO. 3:03 CV 332(CFD)

VS.                                       USCA NO.

IN RE:   JOHN ARMSTRONG

**INDEX TO RECORD ON APPEAL**

CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00332-CFD
Internal Use Only

Robinson v. Armstrong
Assigned to: Christopher F. Droney
Referred to: William I. Garfinkel
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/26/03
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
-----------------------

**Matthew Robinson**          represented by   **Richard C. Marquette**
                                               94 Prospect St.
                                               New Haven, CT 06511
                                               203-784-0326
                                               Fax : 203-624-5321
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

**Respondent**
-----------------------

**John J. Armstrong,** *Comm of Corr*    represented by   **Jo Anne Sulik**
                                                          Chief State Attorney Office
                                                          300 Corporate Place
                                                          Rocky Hill, CT 06067
                                                          860-258-5800
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 02/26/2003 | 1 | MOTION by Matthew Robinson to Proceed in Forma Pauperis (Rodko, R.) (Entered: 02/26/2003) |
| 02/26/2003 | 2 | PETITION for writ of habeas corpus; (Rodko, R.) (Entered: 02/26/2003) |
| 04/11/2003 | 3 | NOTICE to petitioner re: papers returned for insufficient IFP. Case to be dismissed by 5/11/03 if insufficiency not corrected ( by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) (Entered: 04/14/2003) |

| 05/12/2003 | | COMPLIANCE With Insufficiency re [3-1] notice. ledger sheet (Corriette, M.) (Entered: 05/21/2003) |
| --- | --- | --- |
| 05/12/2003 | 4 | AMENDED MOTION by Matthew Robinson to Proceed in Forma Pauperis referring to: [1-1] motion to Proceed in Forma Pauperis by Matthew Robinson (Corriette, M.) (Entered: 05/21/2003) |
| 05/12/2003 | | **Terminated document [1-1] motion to Proceed in Forma Pauperis; amended IFP filed (doc. #4) (Corriette, M.) (Entered: 05/21/2003) |
| 05/28/2003 | 5 | RULING denying [4-1] amended motion to Proceed in Forma Pauperis. Further proceedings held in abeyance until 6/27/03 pending receipt of filing fee in the amount of $ 5. Failure to tender the filing fee within 30 days of this order will result in dismissal. ( signed by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) (Entered: 05/28/2003) |
| 06/17/2003 | | Filing Fee Paid; FILING FEE $5.00 RECEIPT # B6376 (Corriette, M.) Modified on 06/19/2003 (Entered: 06/19/2003) |
| 06/17/2003 | | **Terminated deadline Re: Filing Fee; Paid Filing Fee (Corriette, M.) Modified on 06/30/2003 (Entered: 06/30/2003) |
| 06/27/2003 | 6 | ORDER TO SHOW CAUSE ordering response due 9/24/03 and service by petitioner to be made by 7/24/03 ( Signed by Mag. Judge William I. Garfinkel ) (Larsen, M.) (Entered: 06/30/2003) |
| 06/27/2003 | | CASE referred to Mag. Judge William I. Garfinkel (Larsen, M.) (Entered: 06/30/2003) |
| 06/30/2003 | 7 | NOTICE to Parties to file all future filings in Hartford (Larsen, M.) (Entered: 06/30/2003) |
| 06/30/2003 | | **Remove Prisoner Flag; petitioner paid filing fee and has an attorney; file forwarded to CFD Chambers (Larsen, M.) (Entered: 06/30/2003) |
| 07/10/2003 | 8 | NOTICE of Service by Matthew Robinson;re: Service of Court's order to show cause & Petitioner's writ of habeas corpus to Michael O'Hare (Basile, F.) (Entered: 07/14/2003) |
| 07/31/2003 | 9 | APPEARANCE of Attorney for John J. Armstrong -- Jo Anne Sulik (Corriette, M.) (Entered: 08/01/2003) |
| 09/24/2003 | 10 | MOTION by John J. Armstrong to Transfer Case (Brief Due 10/15/03 ) (Blue,A.) (Entered: 09/24/2003) |
| 09/24/2003 | 11 | MEMORANDUM by John J. Armstrong in support of [10-1] motion to Transfer Case (Blue,A.) (Entered: 09/24/2003) |
| 12/08/2003 | ● | ORDER re: file a response within 30 days or Respondent's motin to |

| | | 12 | transfer will be granted, Signed by Judge Christopher F. Droney on 12/8/03. (Blue, A.) (Entered: 12/09/2003) |
| --- | --- | --- | --- |
| 03/17/2004 | ● | 13 | ENDORSEMENT ORDER granting [10] Motion to Transfer case to U.S. Court of Appeals, Signed by Judge Christopher F. Droney on 3/17/04. (Blue, A.) (Entered: 03/18/2004) |
| 03/17/2004 | | | ***Civil Case Terminated. (Blue, A.) (Entered: 03/18/2004) |