**MANDATE**

**FILED**

UNITED STATES DISTRICT COURT
SECOND CIRCUIT COURT OF APPEALS

2004 JUL 14  A 11: 10

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| MATTHEW ROBINSON | : | 04-1438-ON |
| | : | |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, | : | JUNE 3, 2004 |

*FILED JUN 9 2004 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT*

## PETITIONER'S MOTION TO WITHDRAW SUCCESSIVE HABEAS CORPUS APPLICATION

Petitioner moves to withdraw the above matter, without prejudice.

RESPECTFULLY SUBMITTED,
PETITIONER

By: _____
Richard C. Marquette, Esq.
Law Offices of Paul E. Farren, Jr., P.C.
94 Prospect Street
New Haven, CT 06511
(203) 784-0326
CT 07585

JUL 1 2004           Granted.

*FILED JUL 1 2004 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT*

For the Court:
Roseann B. MacKechnie, Clerk
By: _____
Catherine J. Minuse, Supervisory Staff Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:   JUL 1 2004